IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES | * |
| v. | *   Criminal No. CCB-21-cr-334 |
| WILSON NUYILA TITA, | * |
| ERIC FRU NJI, and | * |
| WILSON CHE FONGUH, | * |
| Defendants. | * |

## DEFENDANT FONGUH AND TITA'S CORRECTED AND UNOPPOSED MOTION TO JOIN AND ADOPT CO-DEFENDANTS' POST-TRIAL MOTIONS

COMES NOW Defendant Wilson C. Fonguh and Defendant Wilson Nuyila Tita, by and through the undersigned counsel, to respectfully join in and adopt the post-trial motions filed in *United States v. Wilson Tita, et al.*, CCB-21-cr-334, captioned "Defendant Tita's Motion for Judgment of Acquittal or New Trial," as it relates to Mr. Fonguh, "Defendant Fonguh's Post-Trial Motions," as it relates to Mr. Tita, and "Defendant Eric Nji's Motion to Dismiss and/or for Judgement of Acquittal, and/or for New Trial, and/or for Arresting of Judgement," as it relates to both Mr. Fonguh and Mr. Tita. These motions are equally applicable to Mr. Fonguh and Mr. Tita, respectively, as they are charged as co-defendants in the same judgment.

The government is unopposed to this motion and the Defendants agree not to object should the government need more time to file its reply.

WHEREFORE, for the foregoing reasons and any additional reasons that may appear to the court, Mr. Fonguh and Mr. Tita respectfully request that this motion be granted.

Respectfully submitted,

_____/s/_____
Glenn F. Ivey, Esq.
Bar No. 06187
The Ivey Law Firm, LLC
6411 Ivy Lane, Suite 304
Greenbelt, MD 20770
(301) 537-1451
ivey@iveylevetown.com
*Attorney for Defendant Fonguh*

_____/s/_____
David Benowitz
Bar # 17672
*Counsel for Wilson Nuyila Tita*
Price Benowitz LLP
409 7th Street, NW, Suite 200
Washington, DC 20004
O: (202) 417-6000
M: (202) 271-5249
F: (202) 664-1331
David@PriceBenowitz.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August, 2022, I caused the foregoing Defendant Fonguh and Tita's Corrected and Unopposed Motion to Join and Adopt Co-Defendants' Post-Trial Motions to be filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

_____/s/_____
Glenn F. Ivey, Esq.
David Benowitz