# EXHIBIT 1

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
                         NORTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
     vs.                   )   CRIMINAL CASE NO. CCB-21-0334
                           )
WILSON NUYILA TITA, et al.,)        VOLUME VII
     Defendant.            )
_____)


                        Tuesday, May 3, 2022
                           Courtroom 7D
                        Baltimore, Maryland

                            JURY TRIAL
```

**BEFORE**:   THE HONORABLE CATHERINE C. BLAKE, Judge


**For the Plaintiff**:
    Kathleen Gavin, Esquire
    Judson Mihok, Esquire
    Assistant United States Attorneys

**For the Defendants**:
    For Wilson Nuyila Tita:
        David Benowitz, Esquire

    For Eric Fru Nji:
        Richard Basile, Esquire

    For Wilson Che Fonguh:
        Glenn Ivey, Esquire

**Also Present**:

Special Agent Jen Marks, ATF
Special Agent Tonya Matney, HSI
_____
                          **Reported by**:
                  Nadine M. Bachmann, RMR, CRR
                  Federal Official Court Reporter
                  101 W. Lombard Street, 4th Floor
                     Baltimore, Maryland  21201
                          410-962-4753

| | |
|---|---|
| 1 | A.   No. |
| 2 | Q.   Did you ever see or hear the grinder being used? |
| 3 | A.   No. |
| 4 | Q.   Did you know where the serial numbers were located on the |
| 5 | firearms? |
| 6 | A.   I don't own a firearm.  And the first time I saw a real |
| 7 | firearm was when I went to Mr. St. Mike's house.  So I don't |
| 8 | own a firearm, so I don't even know where the serial number |
| 9 | was located. |
| 10 | Q.   Did you ever do any work in your home? |
| 11 | A.   Yes. |
| 12 | Q.   What sort of work were you doing at your home? |
| 13 | A.   Some of the shells I would take them home because I used |
| 14 | to live in Fort Washington at the time, so driving from Fort |
| 15 | Washington to clean the shells in Baltimore, that was a long |
| 16 | drive given that I had two jobs at the time. So I took some |
| 17 | home and then he will drop some because he used to work at the |
| 18 | Andrews Air Force Base, so he used to drop some off. |
| 19 | Q.   And how many hours per week would you do work at home? |
| 20 | A.   I can't recall, because I always do it when I'm free, so |
| 21 | I can't recollect. |
| 22 | Q.   How often would you go to the lab to do work and how many |
| 23 | hours a week?  If you can recall. |
| 24 | A.   I went there regularly on Sundays because that is when |
| 25 | I'm always free. On some weekdays on federal holidays I would |

1    information about why the container was coming back --
2    A.   That was in a Zoom meeting.
3    Q.   But who in the Zoom meeting?
4    A.   I can't recollect because the Zoom meeting, people
5    contribute, but I can't recall it if one -- it should be
6    either Bangarie or St. Michael or Mr. Rogers because they were
7    the one handling the shipments.
8    Q.   So Mr. Rogers, Mr. Bangarie or Mr. St. Michael, those are
9    three of the five people in this response team WhatsApp?
10   A.   Yeah, I don't know everybody that's on the WhatsApp
11   Response team.  So the Response team involved -- the Response
12   team involved those that we're seeing right here and I don't
13   know if all of them were in the Zoom meeting, but there was a
14   Zoom meeting.  But I don't have specifics who was in the Zoom
15   meeting and who was not in the Zoom meeting.
16   Q.   And plan B was that you were going to provide a false
17   name, a different name who was responsible for the contents of
18   the compressor tanks when that container arrived back in
19   Baltimore, correct?
20   A.   That is not true.
21   Q.   Do you recall conversations with Mr. Akem about his plans
22   to travel to Nigeria in March of 2019?
23   A.   I know Mr. Akem travels to Nigeria frequently and during
24   that time I know he was in Nigeria or he planned to go to
25   Nigeria because that was discussed in some of the Zoom

1      from you, is that fair?
2      A.   Based on my knowledge, I can't recall it.
3      Q.   And who was on the concealment team?
4      A.   There were a lot of people that came to the labs at
5      different times, so I don't know who was on what team because
6      they came to the lab.  But I know Muma was working on one of
7      the teams. I can't recollect. I can't tell you specifically
8      because I don't want it to be taken out of context.
9      Q.   Well, what did Mr. Muma do at the lab?
10     A.   Mr. Muma would come to the lab not all the times I was
11     there, but a few times I was there he was doing his own stuff.
12     So I can't recall it because I can't give you specifics
13     because we were at the lab different times and the people who
14     came at the lab were doing different things.  So I don't want
15     it taken out of context because I don't want to give specifics
16     and then that specific is taken out of context. So yeah.
17     Q.   How about generally, do you have an idea of what Mr. --
18     A.   No, I don't want to use -- I don't want to get to that
19     generally.
20     Q.   Now you mentioned before, you acknowledged 34A if we can
21     pull that up, that you created this PowerPoint presentation at
22     Mr. St. Michael's direction?
23     A.   Yes, yeah.  That's a PowerPoint that I created.
24     Q.   And this was the PowerPoint presentation that was
25     presented at the fundraiser at Mr. Fonguh's residence?

1    can -- the war can be resolved and also provide them the
2    resources, food, medication and resources and all the things
3    that we sent so that it can stop the bloodshed.
4    Q.   Well, when you were at the lab with Mr. Muma -- so I
5    guess you didn't specifically talk about the jobs you were
6    going to do when you got to the lab on that day?
7    A.   No, the jobs -- what we do in the lab is not -- that is
8    not being assigned to us by me or Mr. Muma. Everything is
9    being assigned by Mr. St. Michael. So we go to the lab and
10   then he says hey, this is what specifically, I was cleaning
11   shells, I was priming, I was priming the shells. So Mr. Muma
12   would go, St. Michael would give him something to do.  So I
13   can't say what Mr. Muma would do specifically. I think he can
14   attest to that by himself, but I'm talking about myself and
15   what I did.
16   Q.   Very well.  When you were at the lab, did you see -- with
17   Mr. Muma, what did you see Mr. Muma doing?
18   A.   Based on my knowledge, I can't recollect. I don't want to
19   explain what he did because he should say that for himself. I
20   can only say the things that I did.
21   Q.   Did you ever see Mr. Muma wearing safety glasses and
22   gloves?
23   A.   Based on my recollection I don't think so. I don't know.
24   I never seen him.
25   Q.   Based on your recollection --

1   going to respond to.
2   Q.   Okay, let's let it play, please.
3            **(Videotape was played.)**
4            **MR. MIHOK:** If we could pause here, please.
5   **BY MR. MIHOK:**
6   Q.   Is this the area where the photograph was taken with the
7   grinder, right?  Doesn't that look familiar, that scene?
8   A.   I know you have a lot of things there, you have a toilet
9   part so also you have a lot of items. Specifically I didn't
10  take note on the things, everything that was in this area of
11  the basement because I didn't work in that area. But there
12  were a lot of things in going to the lab, specifically I won't
13  tell you.  A, specifically I will tell you this is here
14  because I was not using this to do my work.  I came in, I had
15  specific task to do and I did that specific task.
16  Q.   Did you ever see Mr. Muma going to this area of the lab?
17  A.   Based on my recollection, I don't know. He came to the
18  lab at different times without me. I didn't go to the lab with
19  him all the time. So I didn't -- I wouldn't specifically tell
20  you that he came to this because I wasn't checking what he was
21  doing, where he was going.  We just went to the lab to do the
22  work that we have to do to ensure that our people have the
23  resources to defend themselves.
24  Q.   With regard to this area, is there any sort of door or
25  covering that -- in this separate area here where the toilet